# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WILLIAM COURSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> REGENCY RV, *et al.*, <br><br> Defendants. | Case No. 21-cv-0980-BAS-MSB <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS (ECF No. 35)** |

On August 22, 2022, the parties have jointly filed a Stipulation of Dismissal ("Stipulation") pursuant to Federal Rule of Civil Procedure ("Rule") 41(a)(1)(A)(ii). (Stipulation, ECF No. 35.) The Stipulation is signed by both parties and seeks dismissal of this action with prejudice.

Under Rule 41(a)(1), a plaintiff has an absolute right to voluntarily dismiss its action by (1) filing a notice of voluntary dismissal before a defendant has filed an answer or moved for summary judgment, *or* (2) filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A); *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective upon the filing of a compliant notice or stipulation, as described in Rule 41(a)(1)(A), and no court order is required. *Stone v. Woodford*, No. CIV-F-05-845 AWI-DLB, 2007 WL 527766 (E.D. Cal. Feb. 16, 2007). A

1  dismissal is without prejudice unless the parties stipulate otherwise. Fed. R. Civ. P.
2  41(a)(1)(B). However, the local civil rules of this district require that where, as here,
3  litigants seek voluntary dismissal pursuant to Rule 41(a)(1)(A)(ii), the stipulation of
4  dismissal must be filed as a joint motion.[1]

5  Having considered the parties' request, the Court construes the Stipulation as a Joint
6  Motion, which it **GRANTS**. (ECF No. 20.) Thus, the Court **DISMISSES WITH**
7  **PREJUDICE** the action against Defendants. The Clerk of Court is directed to close the
8  case.

9  **IT IS SO ORDERED.**

10 DATED: August 26, 2022

Hon. Cynthia Bashant
United States District Judge

---

[1] *See* Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.